Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 09-14302-B-7 |
| | DC No. JES-1 |
| **MARIA ELENA MARIANI,** | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtor(s). | Date: April 28, 2010<br>Time: 10:00 a.m.<br>Dept: B |

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 3/11/2009.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is an **Alcoholic Beverage License** bearing license number 47-436368.

to purchase said asset(s), for the sum of $12,000.00 (fair market value, with no exemption), for net cash to the estate of $12,000.00. Funds shall be received by the trustee within 30 days of court approval.

    6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

    7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

    8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

    9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Blazin Wings, Inc.

DATED: 3/24/10

JAMES E. SALVEN,
Movant

-2-